UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | Case No.   MJ 09-464 FLN |
| v. | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br><u>TO BAIL REFORM ACT</u> |
| Michael M. Ochenge (01),<br>Robert M. Otiso (02),<br>Paramena J. Shikanda (03),<br>Albert E. Gunga (04)<br>      Defendant. | |

_____

Upon motion of the United States it is ORDERED that a removal/detention hearing is set for November 19, 2009 at 1:30 p.m. before Magistrate Judge Franklin L. Noel , 9W US Courthouse, 300 South 4th Street, Minneapolis, Minnesota.  Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: November 18, 2009

                                                                       s/Franklin L. Noel                              
                                                                      FRANKLIN L. NOEL
                                                                      United States Magistrate Judge

_____

\*  If not held immediately upon Defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the Defendant.  18 U.S.A. §3142(f)(2).

<u>A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.  Subsection</u> (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the Defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injury, or intimidate a prospective witness or juror.